AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Beattie B. Ashmore, in his Capacity as Court-Pppointed Receiver for The Three Hebrew Boys | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.   3:13-2302-MBS |
| Shirley and Robert Smith | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☑ the plaintiff <u>Beattie B. Ashmore</u> recover from the defendants <u>Shirley and Robert Smith</u> jointly and severally the amount of <u>One Hundred Fourteen Thousand, Eight Hundred Sixteen and 67/100</u> dollars (<u>$114,816.67</u>), plus postjudgment interest at the rate of <u>0.13</u> %.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☑ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:   November 20, 2013                                   *CLERK OF COURT*

                                                            s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*